| | | |
|---|---|---|
| JOSEPH R. MCMAHON, ET AL | * | NO. 2018-CA-0842 |
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| CITY OF NEW ORLEANS | * | STATE OF LOUISIANA |
| | * | |
| | * | |
| | ******* | |

CONSOLIDATED WITH:

DARLENE WASHINGTON-WAPEGAN, CAROLYN BLACKMAN, JOSEPH E. ALVEREZ, AND CORINNE DUCRE

VERSUS

CITY OF NEW ORLEANS

CONSOLIDATED WITH:

NO. 2018-CA-0843

CONSOLIDATED WITH:

DAVID C. JARRELL

VERSUS

CITY OF NEW ORLEANS

CONSOLIDATED WITH:

NO. 2018-CA-0844

CONSOLIDATED WITH:

DAVID C. JARRELL

VERSUS

CITY OF NEW ORLEANS

CONSOLIDATED WITH:

NO. 2018-CA-0845

CONSOLIDATED WITH:

DOUGLAS M. KLEEMAN AND GREGORY J. MCDONALD

VERSUS

CITY OF NEW ORLEANS

CONSOLIDATED WITH:

NO. 2018-CA-0846

ATKINS, J., CONCURS FOR THE REASONS ASSIGNED BY J. BROWN.